```
 1  DOUGLAS W. DAL CIELO (SBN 157109)
    BRIAN M. AFFRUNTI (SBN 227072)
 2  ROPERS, MAJESKI, KOHN & BENTLEY
    50 West San Fernando Street, Suite 1400
 3  San Jose, California 95113
    Telephone:    (408) 287-6262
 4  Facsimile:    (408) 918-4501
    Email:        ddalcielo@ropers.com
 5  Email:        baffrunti@ropers.com

 6  Attorneys for Plaintiffs
    FIBERTREK, INC.; LAWRENCE P. WAGNER;
 7  and JOHN G. PEERY
```

**FILED**

JUL 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| FIBERTREK, INC., a Nevada corporation; LAWRENCE P. WAGNER, an individual; and JOHN G. PEERY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PREFERRED CORPORATE SERVICES, INC., a Colorado Corporation; DOUGLAS GREGG, an individual; TDG, LLC, a Colorado Limited Liability Company; NEIL SMITH, an individual and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. C08 03415 RS<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiffs FIBERTREK, INC., LAWRENCE P. WAGNER, and JOHN G. PEERY, certifies that it knows of no direct pecuniary interest in the outcome of the case other than that of the named parties. This representation is made for the sole

//

purpose of enabling the Court to evaluate possible disqualification or recusal.

Dated: July 11, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: *[signature]*
DOUGLAS W. DAL CIELO
BRIAN M. AFFRUNTI
Attorneys for Plaintiffs
FIBERTREK, INC.; LAWRENCE P. WAGNER; and JOHN G. PEERY