```
 1  DOUGLAS W. DAL CIELO (SBN 157109)
    BRIAN M. AFFRUNTI (SBN 227072)
 2  ROPERS, MAJESKI, KOHN & BENTLEY
    50 West San Fernando Street, Suite 1400
 3  San Jose, California 95113
    Telephone:  (408) 287-6262
 4  Facsimile:  (408) 918-4501
    Email:      ddalcielo@ropers.com
 5  Email:      baffrunti@ropers.com

 6  Attorneys for Plaintiffs
    FIBERTREK, INC.; LAWRENCE P. WAGNER;
 7  and JOHN G. PEERY
```

**FILED**
JUL 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| FIBERTREK, INC., a Nevada corporation; LAWRENCE P. WAGNER, an individual; and JOHN G. PEERY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PREFERRED CORPORATE SERVICES, INC., a Colorado Corporation; DOUGLAS GREGG, an individual; TDG, LLC, a Colorado Limited Liability Company; NEIL SMITH, an individual and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.<br>**C08 03415 RS**<br><br>FRCP RULE 7.1 DISCLOSURE STATEMENT |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiffs FIBERTREK, INC., LAWRENCE P. WAGNER, and JOHN G. PEERY, makes the following disclosure as required by Federal Rules of Civil Procedure Rule 7.1:

Plaintiff FIBERTREK, INC. has no parent corporation. No publicly held corporation

RC1/5151083.1/BMA                - 1 -

**FRCP RULE 7.1(A) DISCLOSURE STATEMENT**

1  owns 10% or more of FIBERTREK, INC.'s stock.

2

3  Dated: July 11, 2008                    ROPERS, MAJESKI, KOHN & BENTLEY

4

5                                          By: /s/
6                                          DOUGLAS W. DAL CIELO
                                            BRIAN M. AFFRUNTI
7                                          Attorneys for Plaintiffs
                                            FIBERTREK, INC.; LAWRENCE P.
8                                          WAGNER; and JOHN G. PEERY