AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

FIBERTREK, INC., a Nevada Corp.; Lawrence P. )
Wagner, an individual; and John G. Peery, an )
individual, )
)
)
                Plaintiff )
                  v. )      Civil Action No. C08 03415 RS
PREFERRED CORPORATE SERVICES, INC., )
a California Corp.; Douglas Gregg, an individual; )
TDG, LLC, a Colorado Limited Liability )
Company; Neil Smith, an individual, Does 1-100, )
                Defendant )

**Summons in a Civil Action**

To: DOUGLAS GREGG, an individual

*(Defendant's name)*

A lawsuit has been filed against you.

    Within **30** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Douglas W. Dal Cielo, Esq.
Ropers, Majeski, Kohn & Bentley
50 West San Fernando Street, Suite 1400
San Jose, CA 95113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                         Richard W. Wieking
                                                                         Name of clerk of court

Date: JUL 2 3 2008                                      Tiffany Salinas-Harwell
                                                                           Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*