DOUGLAS GREGG
16025 Sequoia Drive
Parker, Colorado 80134
Telephone:    303-840-1051
Facsimile:    303-840-1289
Email:        doug@douglasgregg.com

Attorney Pro Se

FILED

2008 SEP -3 P 3: 05

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

FIBERTREK, INC., a Nevada corporation;
LAWRENCE P. WAGNER, an individual;
and JOHN G. PEERY, an individual

    Plaintiffs,

v.

PREFERRED CORPORATE SERVICES,
INC. a Colorado Corporation; DOUGLAS
GREGG, an individual; TDG, LLC, a
Colorado Limited Liability Company; NEIL
SMITH, an individual and DOES 1-100,
inclusive,

    Defendants.

CASE NO: C08 03415  RS

ANSWER TO COMPLAINT

Defendant Douglas Gregg generally denies the allegations of the Complaint as filed by Plaintiffs Fibertrek, Inc., Lawrence Wagner and John Peery.

Dated: September 2, 2008

Douglas Gregg

_____
Defendant Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2008 I sent via FedEx Overnight Delivery a true and correct copy of the foregoing Answer to Complaint addressed to the following:

Douglas W. Dal Cielo, Esq.
Ropers, Majeski, Kohn & Bentley
50 West San Fernando Street
Suite 1400
San Jose, CA 95113

*Douglas Gregg* (signature)

Douglas Gregg, Defendant Pro Se