**\*E-FILED 9/12/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIBERTREK, INC., et al., | No. C 08-03415 RS |
|     Plaintiff(s), | |
|   v. | **ORDER** |
| PREFERRED CORPORATE SERVICES, INC., et al., | |
|     Defendant(s). | |

Pursuant to General Order 44, this case has been assigned to Magistrate Judge Richard Seeborg to conduct all further proceedings and to order the entry of final judgment upon the written consent of all parties in the case.

IT IS HEREBY ORDERED that the parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge in accordance with Title 28, U.S.C. §636(c) and Federal Rule of Civil Procedure 73 and file either a Consent to Proceed Before a United States Magistrate Judge or a Request for Reassignment to a United States District Judge no later than **September 24, 2008**.

If the parties do not consent, the case will be randomly reassigned to a District Judge of this court.

Dated: September 12, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Claudia Carolina Bohorquez     ccblaw@aol.com

Douglas W. Dal Cielo     ddalcielo@ropers.com, dbautista@ropers.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Douglas Gregg
16025 Sequoia Drive
Parker, CO 80134

Dated: September 12, 2008

    /s/ BAK
Chambers of Magistrate Judge Richard Seeborg