1  DOUGLAS W. DAL CIELO (SBN 157109)
   BRIAN M. AFFRUNTI (SBN 227072)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   50 West San Fernando Street, Suite 1400
3  San Jose, California 95113
   Telephone:    (408) 287-6262
4  Facsimile:    (408) 918-4501
   Email:        ddalcielo@ropers.com
5  Email:        baffrunti@ropers.com

6  Attorneys for Plaintiffs
   FIBERTREK, INC.; LAWRENCE P. WAGNER;
7  and JOHN G. PEERY

8

                   UNITED STATES DISTRICT COURT

         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| FIBERTREK, INC., a Nevada corporation; LAWRENCE P. WAGNER, an individual; and JOHN G. PEERY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PREFERRED CORPORATE SERVICES, INC., a Colorado Corporation; DOUGLAS GREGG, an individual; TDG, LLC, a Colorado Limited Liability Company; NEIL SMITH, an individual and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: 5:08-CV-03415 JW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐    Non-binding Arbitration (ADR L.R. 4)

☐    Early Neutral Evaluation (ENE) (ADR L.R. 5)

☒    Mediation (ADR L.R. 6)

1  (Note: *Parties who believe that an early settlement conference with a Magistrate Judge is*
2  *appreciably more likely to meet their needs than any other form of ADR, must participate in an*
3  *ADR phone conference and may not file this form. They must instead file a Notice of Need for*
4  *ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*
5  **Private Process:**
6  ☐ Private ADR *(please identify process and provider)* _____
7
8  The parties agree to hold the ADR session by:
9  ☐ the presumptive deadline *(The deadline is 90 days from the date of the order*
10 *referring the case to an ADR process unless otherwise ordered.)*
11 ☒ other requested deadline: 120 days from the date of this order.
12
13 Dated: November 12, 2008                ROPERS, MAJESKI, KOHN & BENTLEY
14
15                                         By: _____
                                              DOUGLAS W. DAL CIELO
16                                            BRIAN M. AFFRUNTI
                                              Attorneys for Plaintiffs
17
18 Dated: 11/12/08                         LAW OFFICES OF CLAUDIA C. BOHORQUEZ
19
20
21                                         By: _____
                                              CLAUDIA C. BOHORQUEZ
22                                            Attorney for Defendants
                                              NEIL SMITH and TDG, LLC.
23
24
25 Dated: _____                   By: _____
                                              DOUGLAS GREGG
26                                            Defendant In Pro Per
27
28

*Left margin:* Ropers Majeski Kohn & Bentley — A Professional Corporation — San Jose

RC1/5214519.1/BMA                -2-               STIPULATION AND [PROPOSED] ORDER
                                                   SELECTING ADR PROCESS
                                                   5:08-CV-03415 JW

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒ other requested deadline: 120 days from the date of this order.

Dated: November 12, 2008     ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
DOUGLAS W. DAL CIELO
BRIAN M. AFFRUNTI
Attorneys for Plaintiffs

Dated: _____     LAW OFFICES OF CLAUDIA C. BOHORQUEZ

By: _____
CLAUDIA C. BOHORQUEZ
Attorney for Defendants
NEIL SMITH and TDG, LLC.

Dated: 11/13/08     By: _____
DOUGLAS GREGG
Defendant In Pro Per

RC1/5214519.1/BMA         - 2 -         STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
5:08-CV-03415 JW

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

# ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session:

- ☐ 90 days from the date of this order.
- ☒ other: 120 days from the date of this order.

IT IS SO ORDERED.

Dated: November 25, 2008

*[signature]*

UNITED STATES DISTRICT JUDGE