DOUGLAS W. DAL CIELO (SBN 157109)
BRIAN M. AFFRUNTI (SBN 227072)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, California 95113
Telephone:     (408) 287-6262
Facsimile:     (408) 918-4501
Email:         ddalcielo@ropers.com
Email:         baffrunti@ropers.com

Attorneys for Plaintiffs
FIBERTREK, INC.; LAWRENCE P. WAGNER;
and JOHN G. PEERY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| FIBERTREK, INC., a Nevada corporation; LAWRENCE P. WAGNER, an individual; and JOHN G. PEERY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PREFERRED CORPORATE SERVICES, INC., a Colorado Corporation; DOUGLAS GREGG, an individual; TDG, LLC, a Colorado Limited Liability Company; NEIL SMITH, an individual and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: 5:08-CV-03415 JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR INITIAL DISCLOSURES** |

Plaintiff John Peery suffered a heart attack on January 4, 2009 and remained hospitalized as of January 7, 2009. Mr. Peery was involved in preparing information and gathering documentation for Plaintiffs' initial disclosures prior to his heart attack and resulting hospitalization. This has caused delays in preparing Plaintiffs initial disclosures. The parties had previously agreed, and this Court ordered, for initial disclosures to be served no later than January 9, 2009.

In light of Mr. Peery's medical condition and the resulting delays for Plaintiffs in preparing their initial disclosures, the Parties hereby stipulate to a one-week extension for service of initial disclosures. Initial disclosures must now be served no later than January 16, 2009.

IT IS SO STIPULATED.

Dated: January 8, 2009

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
DOUGLAS W. DAL CIELO
BRIAN M. AFFRUNTI
Attorneys for Plaintiffs

Dated: _____

LAW OFFICES OF CLAUDIA C. BOHORQUEZ

By: _____
CLAUDIA C. BOHORQUEZ
Attorney for Defendants
NEIL SMITH and TDG, LLC.

Dated: _____

By: _____
DOUGLAS GREGG
Defendant In Pro Per

**ORDER**

Pursuant to the Stipulation above, Initial Disclosures pursuant to Fed.R.Civ.P. rule 26(a)(1) must be served no later than January 16, 2009.

IT IS SO ORDERED.

Dated:_____

_____
UNITED STATES DISTRICT JUDGE

In light of Mr. Peery's medical condition and the resulting delays for Plaintiffs in preparing their initial disclosures, the Parties hereby stipulate to a one-week extension for service of initial disclosures. Initial disclosures must now be served no later than January 16, 2009.

IT IS SO STIPULATED.

Dated: January 8, 2009                    ROPERS, MAJESKI, KOHN & BENTLEY

                                          By: _____
                                              DOUGLAS W. DAL CIELO
                                              BRIAN M. AFFRUNTI
                                              Attorneys for Plaintiffs

Dated: _____             LAW OFFICES OF CLAUDIA C. BOHORQUEZ

                                          By: _____
                                              CLAUDIA C. BOHORQUEZ
                                              Attorney for Defendants
                                              NEIL SMITH and TDG, LLC.

Dated: 01/08/09                           By: _____
                                              DOUGLAS GREGG
                                              Defendant In Pro Per

## ORDER

Pursuant to the Stipulation above, Initial Disclosures pursuant to Fed.R.Civ.P. rule 26(a)(1) must be served no later than January 16, 2009.

IT IS SO ORDERED.

Dated: _____             _____
                                          UNITED STATES DISTRICT JUDGE

RC1/5238427.1/BMA       - 2 -       STIPULATION AND [PROPOSED] ORDER
                                    CONTINUING INITIAL DISCLOSURES
                                    5:08-CV-03415 JW

In light of Mr. Peery's medical condition and the resulting delays for Plaintiffs in preparing their initial disclosures, the Parties hereby stipulate to a one-week extension for service of initial disclosures. Initial disclosures must now be served no later than January 16, 2009.

IT IS SO STIPULATED.

Dated: January 8, 2009

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
DOUGLAS W. DAL CIELO
BRIAN M. AFFRUNTI
Attorneys for Plaintiffs

Dated: 1/8/09

LAW OFFICES OF CLAUDIA C. BOHORQUEZ

By: _____
CLAUDIA C. BOHORQUEZ
Attorney for Defendants
NEIL SMITH and TDG, LLC.

Dated: _____

By: _____
DOUGLAS GREGG
Defendant In Pro Per

**ORDER**

Pursuant to the Stipulation above, Initial Disclosures pursuant to Fed.R.Civ.P. rule 26(a)(1) must be served no later than January 16, 2009.

IT IS SO ORDERED.

Dated: Jan 12, 2009

_____
UNITED STATES DISTRICT JUDGE