Claudia C. Bohorquez, Bar #150647
LAW OFFICES OF CLAUDIA C. BOHORQUEZ
3500 W. Olive Avenue, Suite 300
Burbank, California 91505
Telephone: (818) 973-2793
Facsimile: (818) 973-2792
ccblaw@aol.com

Attorneys for Defendants, NEIL SMITH and TDG, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| FIBERTREK, INC., a Nevada corporation; LAWRENCE P. WAGNER, an individual; and JOHN G. PEERY, an individual;<br><br>Plaintiffs,<br><br>-v-<br><br>PREFERRED CORPORATE SERVICES, INC., a Colorado corporation; DOUGLAS GREGG, an individual; TDG, LLC, a Colorado limited liability company; NEIL SMITH, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C08 03415 JW (xRS)<br><br>JOINT STIPULATION TO EXTEND MEDIATION COMPLETION DATE<br><br>[All Parties Have Joined in the Stipulation except PREFERRED CORPORATE SERVICES, INC. whose Default has Been Entered] |

The parties, FIBERTREK, INC., LAWRENCE P. WAGNER, JOHN G. PEERY, DOUGLAS GREGG, NEIL SMITH and TDG, LLC (collectively, the "Parties"), hereby stipulate to extend the Mediation Completion Date in this case from March 25, 2009, to June 25, 2009, or other reasonable date determined by the Court for the following reasons:

1. Defendant, Neil Smith, who lives in Denver, Colorado, and is 79 years old, suffered a stroke of his brain stem on January 21, 2009. A couple of days

1 old, suffered a stroke of his brain stem on January 21, 2009. A couple of days before his stroke, the parties had scheduled a mediation with Robert Ebe in San Francisco on March 3, 2009. Based on Mr. Smith's prognosis and medical treatment schedule, that mediation was canceled.

2. Mr. Smith will require extensive medical treatments and rehabilitation therapy, and as of March 23, 2009, he will begin rehabilitation at Northern Colorado Rehab Center which could last from 6 weeks to 12 months. Travel is not recommended in order to optimize his recovery and decrease chances of future cerebrovascular events. (A letter from his doctor dated February 12, 2009, is attached hereto).

3. The Parties stipulate to the extension of the mediation completion date based on these unforeseen circumstances from March 25, 2009, to June 25, 2009, or other date reasonably set by the Court.

Dated: March 9, 2009          LAW OFFICE OF CLAUDIA C. BOHORQUEZ

                              By: _____
                              Claudia C. Bohorquez, Esq.
                              Atty. for Defs. NEIL SMITH and TDG, LLC

Dated: March 11, 2009         ROPERS, MAJESKI, KOHN & BENTLEY

                              By: _____
                              Brian M. Affrunti, Esq.
                              Attys. for Pltfs. FIBERTREK, INC.,
                              WAGNER, and PEERY

Dated: _____        _____
                              Douglas Gregg, Defendant In Pro Per

DEFENDANTS', NEIL SMITH AND TDG LLC, REPLY BRIEF RE MOTION TO DISMISS- CASE NO. C08-03415 JW — 2 —

before his stroke, the parties had scheduled a mediation with Robert Ebe in San Francisco on March 3, 2009. Based on Mr. Smith's prognosis and medical treatment schedule, that mediation was canceled.

2. Mr. Smith will require extensive medical treatments and rehabilitation therapy, and as of March 23, 2009, he will begin rehabilitation at Northern Colorado Rehab Center which could last from 6 weeks to 12 months. Travel is not recommended in order to optimize his recovery and decrease chances of future cerebrovascular events. (A letter from his doctor dated February 12, 2009, is attached hereto).

3. The Parties stipulate to the extension of the mediation completion date based on these unforeseen circumstances from March 25, 2009, to June 25, 2009, or other date reasonably set by the Court.

Dated: March 9, 2009            LAW OFFICE OF CLAUDIA C. BOHORQUEZ

By: _____
    Claudia C. Bohorquez, Esq.
    Atty. for Defs. NEIL SMITH and TDG, LLC

Dated: _____          ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
    Brian M. Affrunti, Esq.
    Attys. for Pltfs. FIBERTREK, INC.,
    WAGNER, and PEERY

Dated: 03/13/09                _____
                               Douglas Gregg, Defendant In Pro Per

DEFENDANTS', NEIL SMITH AND TDG LLC, REPLY BRIEF RE MOTION TO DISMISS - CASE NO. C08-03415 JW       - 2 -

Claudia C. Bohorquez, Bar #150647
LAW OFFICES OF CLAUDIA C. BOHORQUEZ
3500 W. Olive Avenue, Suite 300
Burbank, California 91505
Telephone: (818) 973-2793
Facsimile: (818) 973-2792
ccblaw@aol.com

Attorneys for Defendants, NEIL SMITH and TDG, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| FIBERTREK, INC., a Nevada corporation; LAWRENCE P. WAGNER, an individual; and JOHN G. PEERY, an individual;<br><br>Plaintiffs,<br><br>-v-<br><br>PREFERRED CORPORATE SERVICES, INC., a Colorado corporation; DOUGLAS GREGG, an individual; TDG, LLC, a Colorado limited liability company; NEIL SMITH, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C08 03415 JW (xRS)<br><br>[PROPOSED] ORDER GRANTING PARTIES' JOINT STIPULATION TO CONTINUE MEDIATION COMPLETION DATE |

The Court, having read and considered the Parties' Joint Stipulation to Continue Mediation Completion Date currently scheduled for March 25, 2009:

**HEREBY ORDERS** that the Parties' joint stipulation is **APPROVED**; and the Mediation Completion Date of March 25, 2009, is hereby vacated and the

DEFENDANTS', NEIL SMITH AND TDG LLC, REPLY BRIEF RE MOTION TO DISMISS - CASE NO. C08-03415 JW

new Mediation Completion Date is June 25, 2009.

Dated: March 19, 2009

*James Ware*

HONORABLE JAMES WARE