**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| FIBERTREK, INC., et al.,<br>  Plaintiffs,<br><br>  v.<br><br>PREFERRED CORPORATE SERVICES,<br>INC., et al.,<br>  Defendants.<br>_____/ | No. C 08-3415 JW<br><br>**ORDER APPROVING REQUEST FOR DEFENDANT'S CORPORATE REPRESENTATIVE TO ATTEND MEDIATION BY PHONE**<br><br>Date:    January 25, 2010<br>Mediator: Robert Ebe |

IT IS HEREBY ORDERED that defendant's corporate representative, Neil Smith, is excused from personal attendance at the January 25, 2010, mediation before Robert Ebe. Mr. Smith shall be available to participate by telephone at all times during the mediation, pursuant to ADR Local Rule 6-10.

IT IS SO ORDERED.

January 21, 2010            By:    *Elizabeth D. Laporte*
Dated                                    Elizabeth D. Laporte
                                         United States Magistrate Judge