**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7      IN THE UNITED STATES DISTRICT COURT

8      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9      SAN JOSE DIVISION

10  Fibertrek, Inc., et al.,                                    NO. C 08-03415 JW

11           Plaintiffs,                               **ORDER CONTINUING ORDER TO**
        v.                                             **SHOW CAUSE RE: SETTLEMENT AND**
12                                                     **PRELIMINARY PRETRIAL**
     Preferred Corporate Services, Inc., et al.,       **CONFERENCE**
13
             Defendants.
14                                                  /

15          This case is scheduled for a hearing on an Order to Show Cause Re: Settlement and a

16  Preliminary Pretrial Conference as to a non-settling Defendant on March 22, 2010.  The settling

17  parties were required to file a Stipulated Dismissal or Joint Statement on or before March 12, 2010,

18  but to date, have failed to do so.  (See Docket Item No. 84.)  In its Order, the Court granted

19  Plaintiffs' request for a continuance of the Preliminary Pretrial Conference in light of their

20  representation that they needed additional time to substitute a Defendant who is now deceased, and

21  ordered Plaintiffs to file a Joint Preliminary Pretrial Statement with substituted Defendant on or

22  before March 12, 2010, which they have also failed to do.  (Id.)  In light of the parties' failure to file

23  a Stipulated Dismissal or Joint Statement to update the Court on their progress, or a Joint

24  Preliminary Pretrial Statement as to non-settling Defendants, the Court finds good cause for one

25  final continuance of the hearing.

26          Accordingly, the Court CONTINUES the March 22, 2010 hearing to **March 29, 2010 at 9**

27  **a.m.** and CONTINUES the March 22, 2010 Preliminary Pretrial Conference to **March 29, 2010 at**

28  **11 a.m.**  On or before **March 19, 2010**, the parties shall file either a Stipulated Dismissal, which will

1  vacate the hearing, or a Joint Status Report updating the Court on their settlement efforts.  On or

2  before **March 19, 2010**, the remaining parties shall also file a Joint Preliminary Pretrial Statement.

3  The Statement shall include, among other things, an update on the parties' settlement efforts if any,

4  and the parties' proposed schedules as to how the case should proceed.

5       This is the parties' final continuance.  Failure to comply with this Order may result in

6  sanctions.

7

8  Dated:  March 18, 2010                                    _____

9                                                            JAMES WARE
                                                            United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              2

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Michael Affrunti baffrunti@bwslaw.com
Claudia Carolina Bohorquez ccblaw@aol.com
Douglas W. Dal Cielo ddalcielo@bwslaw.com
Robert John Huston bob_huston@yahoo.com

**Dated:  March 18, 2010**                             **Richard W. Wieking, Clerk**


**By:      /s/ JW Chambers**
           **Elizabeth Garcia**
           **Courtroom Deputy**