Douglas W. Dal Cielo, (SBN 157109)
E-mail: ddalcielo@bwslaw.com
Brian M. Affrunti, (SBN 227072)
E-mail: baffrunti@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
545 Middlefield Road, Suite 180
Menlo Park, CA 94025-3471
Tel: 650.327.2672    Fax: 650.688.8333

Attorneys for Plaintiffs/Cross-Defendants
FIBERTREK, INC.; LAWRENCE P. WAGNER;
and JOHN G. PEERY

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FIBERTREK, INC., a Nevada corporation; LAWRENCE P. WAGNER, an individual; and JOHN G. PEERY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PREFERRED CORPORATE SERVICES, INC., a Colorado Corporation; DOUGLAS GREGG, an individual; TDG, LLC, a Colorado Limited Liability Company; NEIL SMITH, an individual and DOES 1-100, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION | Case No. 5:08-CV-03415-JW<br><br>**STIPULATION OF PARTIAL DISMISSAL** |

Pursuant to FRCP 41(a), IT IS HEREBY STIUPLATED by and between Plaintiffs, TDG, LLC, NEIL SMITH and all Cross-Defendants, by and through their designated counsel of record, as follows:

(1)  Plaintiffs' First Amended Complaint is dismissed as to Defendants TDG, LLC and NEIL SMITH only, without prejudice to the filing by Plaintiffs of the stipulated judgment and enforcing any and all rights and remedies thereto pursuant to the agreement between the parties;

1      (2)    NEIL SMITH'S Cross-Complaint is dismissed, with prejudice, as to all Cross-Defendants named therein;

    (3)    All parties to this Stipulation agree to bear their own costs and attorney's fees.

Dated: 4/1, 2010

BURKE, WILLIAMS & SORENSEN, LLP

By: _____
Douglas W. Dal Cielo
Brian M. Affrunti
Attorneys for Plaintiffs/Cross-Defendants
FIBERTREK, INC.; LAWRENCE P. WAGNER;
and JOHN G. PEERY

Dated: 3/31, 2010

LAW OFFICES OF CLAUDIA C. BOHORQUEZ

By: _____
Claudia C. Bohorquez
Attorney for Defendants
NEIL SMITH and TDG, LLC and Cross-Complainant NEIL SMITH

Dated: _____, 2010

LAW OFFICES OF ROBERT J. HUSTON III

By: _____
Robert J. Huston III
Attorney for Cross-Defendants JAMES E. SHIPLEY; ASSET CAPITAL GROUP, INC.; CORPORATE SECURITIES, INC.; RUSSELL KIDDER; and GEORGE ROTH

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
MENLO PARK

MP #4836-4938-1125 v2

- 2 -

STIPULATION OF PARTIAL DISMISSAL
CASE NO. 5:08-CV-03415-JW

between the parties;

      (2)    NEIL SMITH'S Cross-Complaint is dismissed, with prejudice, as to all Cross-Defendants named therein;

      (3)    All parties to this Stipulation agree to bear their own costs and attorney's fees.

Dated: _____, 2010       BURKE, WILLIAMS & SORENSEN, LLP

By:_____
Douglas W. Dal Cielo
Brian M. Affrunti
Attorneys for Plaintiffs/Cross-Defendants
FIBERTREK, INC.; LAWRENCE P. WAGNER;
and JOHN G. PEERY

Dated: _____, 2010       LAW OFFICES OF CLAUDIA C. BOHORQUEZ

By:_____
Claudia C. Bohorquez
Attorney for Defendants
NEIL SMITH and TDG, LLC and Cross-
Complainant NEIL SMITH

Dated: March 31, 2010       LAW OFFICES OF ROBERT J. HUSTON III

By: /s/ Robert J. Huston III
Robert J. Huston III
Attorney for Cross-Defendants JAMES E.
SHIPLEY; ASSET CAPITAL GROUP, INC.;
CORPORATE SECURITIES, INC.; RUSSELL
KIDDER; and GEORGE ROTH

*** ORDER ***

In light of this Stipulated Partial Dismissal, the Court VACATES the April 2, 2010 hearing on Order to Show Cause re: Settlement as to these settling parties. The Clerk of Court shall terminate the parties from the docket accordingly.

Dated: April 1, 2010        /s/ James Ware
JAMES WARE
United States District Judge