IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Fibertrek, Inc., et al., | NO. C 08-03415 JW |
|       Plaintiffs,<br>  v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Preferred Corporate Services, Inc., et al., | |
|       Defendants. | |

This case is scheduled for a Case Management Conference on May 24, 2010. To date, the parties have not filed a Joint Case Management Statement. However, Plaintiffs' counsel has filed a Declaration requesting a continuance of the Case Management Conference to allow for additional time to serve Defendant Linda Gregg[1] and to discuss a potential settlement with Ms. Gregg's counsel.[2] Upon review of the Declaration, the Court finds good cause for a short continuance of the Case Management Conference.

Accordingly, the Court CONTINUES the Case Management Conference to **June 28, 2010 at 10 a.m.** On or before **May 28, 2010**, Plaintiffs shall serve Defendant Linda Gregg with a copy of this Order and the operative complaint. On or before, **June 18, 2010**, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, an update on the

---

[1] On April 26, 2010, the Court granted Plaintiffs' Motion to Substitute Linda Gregg as a Defendant in place of her deceased husband, Defendant Douglas Gregg. (See Docket Item No. 95.)

[2] (Declaration of Brian M. Affrunti Re: Case Management Conference ¶¶ 4-7, Docket Item No. 96.)

status of all remaining parties to the case. Failure to comply with the terms of this Order may result in appropriate sanctions.

This is the parties' final continuance.

Dated: May 20, 2010

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Michael Affrunti baffrunti@bwslaw.com
Claudia Carolina Bohorquez ccblaw@aol.com
Douglas W. Dal Cielo ddalcielo@bwslaw.com
Robert John Huston bob_huston@yahoo.com

**Dated:   May 20, 2010**                               **Richard W. Wieking, Clerk**

                                                                              **By:      /s/ JW Chambers**
                                                                                    **Elizabeth Garcia**
                                                                                    **Courtroom Deputy**

**United States District Court**
For the Northern District of California