IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Fibertrek, Inc., et al., | NO. C 08-03415 JW |
| Plaintiffs, | **ORDER TO SHOW CAUSE RE: DISMISSAL** |
| v. | |
| Preferred Corporate Services, Inc., et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on June 28, 2010. To date, the parties have not filed a Case Management Conference Statement. The Court previously continued the Case Management Conference and ordered the parties to file a Joint Statement on or before June 18, 2010, that included an update on the status of all remaining parties to the case. (See Docket Item No. 97.)

In light of the parties' failure to file a Joint Statement, the Court VACATES the Case Management Conference. The parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **July 12, 2010 at 9 a.m.** to show cause, if any, why this action should not be dismissed for failure to prosecute. On or before **July 2, 2010**, the parties shall file a Joint Statement in response to the Order to Show Cause. The Joint Statement shall include, among other things, a statement as to why the parties failed to adhere to the Court's May 20, 2010 Order, and in the event that the case should proceed, the parties shall provide a good faith proposed schedule for the case as well as an update on the status of all remaining parties to the case.

Failure to comply with this Order is sufficient for a dismissal under Fed. R. Civ. P. 41(b) or other monetary sanctions as deemed appropriate by the Court.

Dated: June 24, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Michael Affrunti baffrunti@bwslaw.com
Claudia Carolina Bohorquez ccblaw@aol.com
Douglas W. Dal Cielo ddalcielo@bwslaw.com
Robert John Huston bob_huston@yahoo.com

**Dated:  June 24, 2010**                                            **Richard W. Wieking, Clerk**

                                                                     **By:      /s/ JW Chambers**
                                                                               **Elizabeth Garcia**
                                                                               **Courtroom Deputy**