*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FIBERTREK, INC., a Nevada corporation; LAWRENCE P. WAGNER, an individual; and JOHN G. PEERY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PREFERRED CORPORATE SERVICES, INC., a Colorado Corporation; DOUGLAS GREGG, an individual; TDG, LLC, a Colorado Limited Liability Company; NEIL SMITH, an individual and DOES 1-100, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION | Case No. 5:08-CV-03415-JW<br><br>**ORDER VACATING ORDER TO SHOW CAUSE RE: DISMISSAL; SETTING HEARING FOR ANTICIPATED MOTIONS FOR DEFAULT JUDGMENT** |

    On June 24, 2010, the Court issued an Order to Show Cause re: Dismissal in light of Plaintiffs' failure to comply with the Court's order to keep the Court updated as to the state of Plaintiffs' settlement efforts with Defendants. (Docket Item No. 100.) On July 8, 2010, counsel for Plaintiffs filed a Response to the Court's Order to Show Cause. (Docket Item No. 103.) In light of the representation made in counsel's declaration, the Court finds good cause VACATE the July 12, 2010 hearing on the Order to Show Cause.

    In light of the Clerk's entry of default as to the remaining Defendants, the Court sets **September 20, 2010 at 9 a.m.** for hearing on Defendants' anticipated Motions for Default Judgment. Defendants shall notice and file the Motions in accordance with the Civil Local Rules of the Court. Failure to file the Motions in a timely matter may result in a Fed. R. Civ. P. 41(b) dismissal.

Dated: July 9, 2010

                                                    */s/ James Ware*
                                                    JAMES WARE
                                                    United States District Judge