*IT IS SO ORDERED*

*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FIBERTREK, INC., a Nevada corporation; LAWRENCE P. WAGNER, an individual; and JOHN G. PEERY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PREFERRED CORPORATE SERVICES, INC., a Colorado Corporation; DOUGLAS GREGG, an individual; TDG, LLC, a Colorado Limited Liability Company; NEIL SMITH, an individual and DOES 1-100, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION | Case No. 5:08-CV-03415-JW<br><br>**ORDER CONTINUING SECOND ORDER TO SHOW CAUSE RE: SETTLEMENT; SETTING ALTERNATIVE HEARING FOR MOTION FOR DEFAULT JUDGMENT** |

    This case is scheduled for a Second Order to Show Cause re: Settlement hearing on October 25, 2010. Pursuant to the Court's prior Order, Plaintiffs' counsel's has duly filed a declaration updating the Court on the status of the parties' settlement. Based on counsel's declaration, the Court finds good cause to grant a brief extension.

    Accordingly, on or before **November 29, 2010 at 9 a.m.**, the parties shall appear for an Order to Show Cause re: Settlement or in the alternative, Plaintiffs' Motion for Default Judgment against Defendant Gregg. Plaintiffs shall file its Motion in accordance with the Civil Local Rules which will be **October 25, 2010**. If a Stipulated Dismissal is filed on or before **November 19, 2010**, the hearing will be vacated. No further extension will be granted.

Dated: October 19, 2010

                                          JAMES WARE
                                          United States District Judge