**IT IS SO ORDERED AS MODIFIED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FIBERTREK, INC., a Nevada corporation; LAWRENCE P. WAGNER, an individual; and JOHN G. PEERY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PREFERRED CORPORATE SERVICES, INC., a Colorado Corporation; DOUGLAS GREGG, an individual; TDG, LLC, a Colorado Limited Liability Company; NEIL SMITH, an individual and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 5:08-CV-03415-JW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |
| AND RELATED CROSS-ACTION | |

    PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs voluntary dismiss Defendant PREFERRED CORPORATE SERVICES, INC. who have not yet appeared in this action without prejudice. As to The Estate of Douglas Gregg, the Dismissal is with prejudice since Defendant Gregg filed an answer on September 3, 2008. See Fed. R. Civ. P. 61(a)(i); (Docket Item No. 12.)

    This Order resolves all pending claims and parties in this action. Thus, the Clerk shall close this file.

Dated: November 22, 2010

*James Ware*
JAMES WARE
United States District Judge